Clarence Neff, Robert L. Holt and Charles W. Lantis, Plaintiffs-Appellants, v. The State Bank of Woodstock, a Corporation, et al., Defendants-Appellees.

Gen. No. 11,524. 

Second District, First Division.

December 11, 1961.

Rehearing denied January 9, 1962.

 Sears, Streit, Tyler & Dreyer, of Chicago, and Gromer & Abbott, of Elgin, for appellant; Brittain, Morgan, Brittain & Ketcham, of Elgin, for appellee. Opinion by JUDGE McNEAL. Not to be published in full.